AO 243 (Rev. 10/07)

## 12-CV-14216 GRAHAM/WHITE

### MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED by ___ D.C.

JUN 18 2012

STEVEN M. LARIMORE
CLERK U.S DIST. CT.
S.D. OF FLA. MIAMI

| United States District Court | District | SOUTHERN DISTRICT OF FLORIDA |
|---|---|---|
| Name (under which you were convicted): LUIS ADRIAN CRUZ | | CRIM.NO.04-14033-CR |
| Place of Confinement: FCI TALLADEGA | Prisoner No.: | 82311-004 |
| UNITED STATES OF AMERICA  V. | Movant (include name under which convicted) LUIS ADRIAN CRUZ | |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION.

   (b) Criminal docket or case number (if you know): 04-14033-CR (GRAHAM).

2. (a) Date of the judgment of conviction (if you know): JULY 27th, 2009.

   (b) Date of sentencing: JULY 27th, 2009.

3. Length of sentence: 87-MONTHS OF IMPRISONMENT.

4. Nature of crime (all counts): ONE COUNT OF CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE IN EXCESS OF FIVE KILOGRAMS OF COCAINE IN VIOLATION OF 21 USC §841(b)(1)(A).

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?   N/A

6. If you went to trial, what kind of trial did you have? (Check one)  N/A   Jury ☐    Judge only ☐

cat/div _22.55 / 510 Ft. Pierce_
Case # _____
Judge _____ Mag _White_
Motn Ifp _None_ Fee pd $ _None_
Receipt # _____

7.    Did you testify at a pretrial hearing, trial, or post-trial hearing? N/A Yes ☐          No ☒

8.    Did you appeal from the judgment of conviction?          Yes ☐          No ☒

9.    If you did appeal, answer the following:
      (a) Name of court:    N/A
      (b) Docket or case number (if you know):    N/A
      (c) Result:    N/A
      (d) Date of result (if you know):    N/A
      (e) Citation to the case (if you know):    N/A
      (f) Grounds raised:    N/A

      (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐          No ☒
          If "Yes," answer the following:
          (1) Docket or case number (if you know):    N/A
          (2) Result:    N/A

          (3) Date of result (if you know):    N/A
          (4) Citation to the case (if you know):    N/A
          (5) Grounds raised:    N/A

10.   Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
      Yes ☐      No ☒

11.   If your answer to Question 10 was "Yes," give the following information:
      (a) (1) Name of court:    N/A
          (2) Docket or case number (if you know):    N/A
          (3) Date of filing (if you know):    N/A

AO 243 (Rev. 10/07)                                                                    Page 4

   (4)  Nature of the proceeding:    N/A

   (5)  Grounds raised:   N/A

   (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐     No ☒XX N/A

   (7)  Result:    N/A

   (8)  Date of result (if you know):   N/A

(b) If you filed any second motion, petition, or application, give the same information:

   (1)  Name of court:   N/A

   (2)  Docket of case number (if you know):   N/A

   (3)  Date of filing (if you know):   N/A

   (4)  Nature of the proceeding:   N/A

   (5)  Grounds raised:   N/A

   (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐     No ☒XX   N/A

   (7)  Result:   N/A

   (8)  Date of result (if you know):   N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?   N/A

   (1)  First petition:    Yes ☐    No ☒

   (2)  Second petition:   Yes ☐    No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

      THIS IS THE FIRST APPEAL CRUZ HAS FILED.

AO 243 (Rev. 10/07)                                                                                    Page 5

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**    CONSTITUTIONALLY INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

COUNSEL WAS CONSTITUTIONALLY INEFFECTIVE FOR FAILING TO CONDUCT AN ADEQUATE PRESENTENCE/PREPLEA INVESTIGATION AND OBTAIN AND PRESENT EVIDENCE IN SUPPORT OF A REQUEST FOR DOWNWARD DEPARTURE OR VARIANCE. (PLEASE SEE ATTACHED LEGAL MEMORANDUM AT PAGES 4-10 FOR FURTHER FACTUAL, LEGAL, AND DOCUMENTARY SUPPORT). PLEASE ALSO AFFORD THE THE PRO-SE PETITIONER ALL REASONABLE INFERENCES TO BE DRAWN FROM HIS CLAIMS BY CONSTRUING HIS CLAIMS LIBERALLY TO INCLUDE ALL POSSIBLE CLAIMS IN ACCORDANCE WITH THE SUPREME COURT'S DECSION IN HAINES V. KERNER.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No **XX**

(2) If you did not raise this issue in your direct appeal, explain why:   THE ISSUE PRESENTED HEREIN DID NOT DEVELOP UNTIL LESS THAN ONE YEAR AGO, AT WHICH TIME IT WAS TO LATE FOR DIRECT APPEAL. PLUS THIS THE PROPER FORUM.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No **XX**

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:    N/A

Name and location of the court where the motion or petition was filed:    N/A

Docket or case number (if you know):  N/A

Date of the court's decision:      N/A

Result (attach a copy of the court's opinion or order, if available):   N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☒  N/A

AO 243 (Rev. 10/07)                                                                    Page 6

(4)   Did you appeal from the denial of your motion, petition, or application?

      Yes ☐       No ☐      N/A

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐       No ☐      N/A

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):   N/A

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue:   THIS IS THE PETITIONER"S FIRST POST CONVICTION MOTION.

**GROUND TWO:**   SENTENCE AND CONVICTION CONSTITUTIONALLY INVALID.

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

THE PETITIONER'S SENTENCE AND CONVICTION ARE CONSTITUTIONALLY INFIRM REQUIRING EITHER A SENTENCE REDUCTION OR VACATUR. (PLEASE SEE ATTACHED LEGAL MEMORANDUM AT PAGES 10-15 FOR FURTHR FACTUAL, LEGAL, AND DOCUMENTARY SUPPORT). AGAIN, PLEASE ALSO CONSTRUE THE PETITIONER'S PR-SE CLAIMS LIBERALLY TO INCLUDE ALL POSSIBLE CLAIMS THAT CAN BE READ FROM THE FACTS.

(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐       No ☐      N/A - NO APPEAL.

(2)   If you did not raise this issue in your direct appeal, explain why:   <u>NO APPEAL WAS EVER</u>
<u>FILED AND THIS ISSUE DID NOT PROPERLY DEVELOP UNTIL LESS THAN ONE</u>
<u>YEAR AGO, LONG AFTER THE TIME FOR FILING A DIRECT APPEAL.</u>

(c) **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

     Yes ☐        No **XX**

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:   <u>N/A</u>

Name and location of the court where the motion or petition was filed:   <u>N/A</u>

Docket or case number (if you know):   <u>N/A</u>

Date of the court's decision:   <u>N/A</u>

Result (attach a copy of the court's opinion or order, if available):   <u>N/A</u>

(3)   Did you receive a hearing on your motion, petition, or application?

     Yes ☐        No **X**   THIS IS FIRST PETITION.

(4)   Did you appeal from the denial of your motion, petition, or application?

     Yes ☐        No **XX**   N/A

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

     Yes ☐        No ☐     N/A

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   <u>N/A</u>

Docket or case number (if you know):   <u>N/A</u>

Date of the court's decision:   <u>N/A</u>

Result (attach a copy of the court's opinion or order, if available):   <u>N/A</u>

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise
issue:   <u>THIS IS FIRST POST CONVICTION MOTION/APPEAL.</u>

AO 243 (Rev. 10/07)                                                                                    Page 8

**GROUND THREE:**  PRESERVED IN CASE OF FUTURE DEVELOPMENT

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(SEE ABOVE)

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐       No ☒   NO APPEAL EVER TAKEN

    (2) If you did not raise this issue in your direct appeal, explain why:

        N/A

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐     No ☐     N/A

    (2) If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:      N/A

    Name and location of the court where the motion or petition was filed:   N/A

    Docket or case number (if you know):   N/A

    Date of the court's decision:   N/A

    Result (attach a copy of the court's opinion or order, if available):   N/A

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐     No ☐      N/A

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐     No ☐     N/A

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐     No ☐   N/A

AO 243 (Rev. 10/07)                                                                                          Page 9

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:         N/A

Docket or case number (if you know):   N/A

Date of the court's decision:         N/A

Result (attach a copy of the court's opinion or order, if available):         N/A

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue:         N/A

**GROUND FOUR:**          PRESERVED  FOR  FUTURE  DEVELOPMENT

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
        (SAME  AS  ABOVE)

(b) **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐         No ☐         N/A

(2)   If you did not raise this issue in your direct appeal, explain why:
                N/A

(c) **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐         No ☐         N/A

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:     N/A

Name and location of the court where the motion or petition was filed:     N/A

Docket or case number (if you know):     N/A

Date of the court's decision:     N/A

Result (attach a copy of the court's opinion or order, if available):     N/A

(3)  Did you receive a hearing on your motion, petition, or application?     N/A

    Yes ☐        No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

    Yes ☐        No ☐     N/A

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

    Yes ☐        No ☐   N/A

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:     N/A

Docket or case number (if you know):     N/A

Date of the court's decision:     N/A

Result (attach a copy of the court's opinion or order, if available):     N/A

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue:     N/A

13.   Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
NONE OF THESE ISSUES HAVE BEEN RAISED PREVIOUSLY BECAUSE THEY WERE NOT DEVELOPED UNTIL LESS THAN ONE YEAR AGO.

AO 243 (Rev. 10/07)

14.   Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?          Yes ☐          No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____N/A_____

_____

_____

_____

_____

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:   DO NOT REMEMEBER. THE WHOLE THISNG HAPPENED SO ___FAST THAT I DON'T EVEN REMEMBER HIS NAME._____

(b) At the arraignment and plea:   (SAME AS ABOVE)_____

(c) At the trial: _____(SAME AS ABOVE)_____

(d) At sentencing:
___(SAME AS ABOVE)_____

(e) On appeal: _____(SAME AS ABOVE)_____

(f) In any post-conviction proceeding:   (SAME AS ABOVE)_____

(g) On appeal from any ruling against you in a post-conviction proceeding:   (SAME AS ABOVE)

_____

_____

16.   Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?          Yes ☐          No ☒

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐          No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
___N/A_____

_____

(b) Give the date the other sentence was imposed: ___N/A_____

(c) Give the length of the other sentence: ___N/A_____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐          No ☒      N/A

AO 243 (Rev. 10/07)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

THIS PETITION IS TIMELY FILED PURSUANT TO §2255(f)(4), LISTED BELOW AS GROUND FOUR (4), BECAUSE THE FACTS SUPPORTING THE CLAIMS HEREIN WERE NOT DISCOVERED, DESPITE DUE DILIGENCE UNTIL LESS THAN ONE YEAR AGO (SEPTEMBER 28th, 2011). **(PLEASE SEE ATTACHED LEGAL MEMORANDUM AT PAGES 2-4 FOR THE PARTICULARS, AS WELL AS LEGAL AND DOCUMENTARY SUPPORT).**

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 10/07)                                                                                              Page 13

Therefore, movant asks that the Court grant the following relief: ___THE  PETITIONER  RESPECTFULLY__
__REQUEST  THAT  THIS  HONORABLE  COURT  EITHER  REDUCE  THE  SENTENCE  BY  ONE  AND__
__A  HALF  YEARS  OR  SCHEDULE  AN  EVIDENTIARY  HEARING    AND  APPOINT  COUNSEL.__
or any other relief to which movant may be entitled.

**PRO—SE**
_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___June   6   2012___.
(month, date, year)

Executed (signed) on ___June   6   2012___ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.
     **N/A**
_____
_____
_____



⇔82311-004⇔
Luis A Cruz
PMB 1000
Talladega, AL - 35160
United States